# <u>LOW & LOW ATTORNEYS AT LAW, LLC</u>

505 Main Street, Suite 304  Tel: (201) 343-4040
Hackensack, New Jersey 07601  Fax: (201)-488-5788

**STANLEY W. LOW**  **RUSSELL L. LOW**
russell@lowbankruptcy.com

May 17, 2023

Honorable Rosemary Gambardella
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3E

**Re: 22-19075-RG, Chandara Sysounthone**

Dear Honorable Gambardella,

  This letter shall serve as a request for Withdrawal of Doc. 40, Application for Extension of Loss Mitigation Period.

  Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**