Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19075−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Chandara Sysounthone
  147 Colfax Road
  Wayne, NJ 07470

Social Security No.:
  xxx−xx−9940

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/6/23.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 6, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Chandara Sysounthone  
    Debtor

Case No. 22-19075-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Jun 06, 2023     Form ID: 148     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chandara Sysounthone, 147 Colfax Road, Wayne, NJ 07470-6206 |
| 519765951 | + | FEDLOAN, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 519765965 | + | Wilmington Savings Fund Society, Attn: Stern & Eisenberg, P.C., 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 06 2023 21:06:00 | Lehman Mortgage Trust Mortgage Pass Through Certif, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 06 2023 21:06:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton rd #202, Fairfield, NJ 07004-2927 |
| 519765939 | + | EDI: CITICORP.COM | Jun 07 2023 00:57:00 | CITIBANK, ATTN: BANKRUPTCY, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 519765940 | + | EDI: CITICORP.COM | Jun 07 2023 00:57:00 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519765941 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 06 2023 21:07:00 | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519765943 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 06 2023 21:07:00 | ECMC, ATTN: BANKRUPTCY, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 519765952 | | Email/Text: EBN@Mohela.com | Jun 06 2023 21:06:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519765953 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2023 21:06:00 | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, TX 75261-9098 |
| 519819287 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2023 21:06:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 519765954 | + | EDI: NAVIENTFKASMSERV.COM | Jun 07 2023 00:57:00 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519765955 | + | EDI: NAVIENTFKASMSERV.COM | Jun 07 2023 00:57:00 | NAVIENT SOLUTIONS INC, ATTN: BANKRUPTCY, P.O. BOX 9500, |

Case 22-19075-RG    Doc 49    Filed 06/08/23    Entered 06/09/23 00:17:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2023 | Form ID: 148 | Total Noticed: 20 |

| Recip ID | Bypass Reason | EDI/Type | Date | Name and Address |
|---|---|---|---|---|
| 519820145 | | EDI: Q3G.COM | Jun 07 2023 00:57:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519765963 | + | EDI: RMSC.COM | Jun 07 2023 00:57:00 | SYNCB/HMDSGN, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 519811299 | + | EDI: AIS.COM | Jun 07 2023 00:57:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519789502 | ^ | MEBN | Jun 06 2023 21:03:12 | Wilmington Savings Fund Society, FSB, c/o FCI Lender Services, Inc., P.O. Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519765942 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519765944 | *+ | ECMC, ATTN: BANKRUPTCY, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 519765945 | *+ | ECMC, ATTN: BANKRUPTCY, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 519765946 | *+ | ECMC, ATTN: BANKRUPTCY, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 519765947 | *+ | ECMC, ATTN: BANKRUPTCY, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 519765948 | *+ | ECMC, ATTN: BANKRUPTCY, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 519765949 | *+ | ECMC, ATTN: BANKRUPTCY, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 519765950 | *+ | ECMC, ATTN: BANKRUPTCY, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 519765956 | *+ | NAVIENT SOLUTIONS INC, ATTN: BANKRUPTCY, P.O. BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519765957 | *+ | NAVIENT SOLUTIONS INC, ATTN: BANKRUPTCY, P.O. BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519765958 | *+ | NAVIENT SOLUTIONS INC, ATTN: BANKRUPTCY, P.O. BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519765959 | *+ | NAVIENT SOLUTIONS INC, ATTN: BANKRUPTCY, P.O. BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519765960 | *+ | NAVIENT SOLUTIONS INC, ATTN: BANKRUPTCY, P.O. BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519765961 | *+ | NAVIENT SOLUTIONS INC, ATTN: BANKRUPTCY, P.O. BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519765962 | *+ | NAVIENT SOLUTIONS INC, ATTN: BANKRUPTCY, P.O. BOX 9500, WILKES-BARRE, PA 18773-9500 |
| 519765964 | *+ | SYNCB/HMDSGN, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 06, 2023 | Form ID: 148 | Total Noticed: 20 |

Kimberly A. Wilson
    on behalf of Creditor Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2007-7  U.S. Bank National Association, as Trustee kimwilson@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Russell L. Low
    on behalf of Debtor Chandara Sysounthone ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

Steven Eisenberg
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of the Aspen G Trust, A Delaware Statutory Trust bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of the Aspen G Trust, A Delaware Statutory Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8